FILED

Corwin Jackson
1445 Malvern Ave.
Los Angeles, CA 90006
corwin.donte77@gmail.com

2014 JUN -6 PM 12: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

N/S

# UNITED STATES DISTRICT COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

CV14-4388 RGK-RZ

CORWIN D. JACKSON,             )  Case No.:_____
                              )
        PLAINTIFF,             )
                              )
    VS.                       )  **COMPLAINT AND DEMAND FOR JURY**
                              )  **TRIAL**
WINDHAM PROFESSIONALS INC.,   )  **(Unfair Debt collection Practices)**
                              )
        DEFENDANT             )

## VERIFIED COMPLAINT

Corwin Jackson (Plaintiff) alleges the following against Windham Professionals Inc.

## INTRODUCTION

Count I of Plaintiff's Complaint is based on the Telephone Consumer Protection Act , *47 U.S.C. §227 et seq.* (TCPA).

Count II of Plaintiff's Complaint is based on the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code § 1788 et seq.* (RFDCPA).

PAID
JUN - 6 2014
Clerk, US District Court
COURT 4612

**JURISDICTION**

Jurisdiction of this court arises pursuant to *47 U.S.C. § 227 28 U.S.C. §1331and Cal. Civ. Code § 1788*. All conditions precedent to the bringing of this action has been performed.

Venue is proper in the Central District of California.

**PARTIES**

Plaintiff is a natural person who resides in L.A. County, California.

Defendant is Windham Professionals Inc., an unknown entity with offices at 380 Main Street, Salem NH 03079.

Defendant is a debt collector as that term is defined by *15 U.S.C. § 1692 a(6) and Cal. Civ. Code § 1788.2(c)*.

Defendant acted through their agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, subrogees, sureties, representatives, and insurers.

**FACTUAL ALLEGATIONS**

Plaintiff started receiving calls from number 866-799-0613 on February 20, 2014 to his cell phone. On March 20 2014, Plaintiff called Windham Professionals and spoke to a representative. He mentioned a student loan debt and asked, "Do you want to take care of this today?" Plaintiff said, "No, I never heard of or dealt with Windham Professionals. Please don't call again." Then the representative said, "Ok, I'll note the account." then hung up quickly. Plaintiff continued to receive calls from Windham Professionals. These calls were made to plaintiff on March 31,2014 at 9:27am, April 1st 2014 at 12:16pm and April 2nd 2014 at 3:20pm and 3:21pm. No messages were left.

**COUNT I**

**DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT**

Defendant violated the TCPA based on the following:

a. Defendant violated *§ 227 (b)(1)A3* by making calls to any telephone number assigned to a cellular telephone service, for which the called party is charged for the call. See Exhibit A

b. Defendant violated *§ 227 (b)(1)A* by making calls without the prior express consent of the called party using an automatic telephone dialing system.

**WHEREFORE,** Plaintiff Corwin Jackson respectfully requests judgment be entered against Windham Professionals Inc. for the following:

1. Statutory damages pursuant to the TCPA *§ 227 (b)(3)B,C.*

2. Costs and reasonable attorneys' fees.

3. Any other relief that this Honorable Court deems appropriate.

## COUNT II

### DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

Plaintiff repeats, re-alleges and incorporates by reference all of the foregoing paragraphs.

Defendant violated the RFDCPA based on the following:

a. Defendant violated *§1788.11(b)* by placing telephone calls without meaningful disclosure of the caller's identity.

b. Defendant violated *§1788.11(d)* by causing a telephone to ring repeatedly or continuously to annoy the person called. See Exhibit B.

**WHEREFORE,** Plaintiff Corwin Jackson respectfully requests judgment be entered against Windham Professionals Inc. for the following:

1. Statutory damages pursuant to the RFDCPA *§1788.30(b).*

2. Costs and reasonable attorneys' fees pursuant to the RFDCPA *§1788.30(c).*

3. Any other relief that this Honorable Court deems appropriate.

VERIFIED COMPLAINT 3

1

2

### **DEMAND FOR JURY TRIAL**

3

PLEASE TAKE NOTICE that Plaintiff Corwin Jackson demands a jury trial in this case.

4

RESPECTFULLY SUBMITTED

5

DATED: June ⟨ 2014

6

7

8

By: _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## VERIFICATION OF COMPLAINT AND CERTIFICATION

Plaintiff, CORWIN JACKSON, states as follows:

1.   I am the Plaintiff in this civil proceeding.

2.   I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

3.   I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

4.   I have filed this Complaint in good faith and solely for the purposes set forth in it.

5.   Each and every exhibit I have provided and attached to this Complaint is a true and correct copy of the original.

6.   Except for clearly indicated redactions made by me where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, CORWIN JACKSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

CORWIN JACKSON

DATE   June 6 2014



EXHIBIT A (pg. 1-6)

**Windham Pros**
**(866) 799-0613 / Work**
United States

**03/06/2014**

11:20AM

**03/05/2014**

9:23AM

**02/27/2014**

8:09AM

**02/26/2014**

12:29PM

**02/24/2014**

11:05AM

**02/20/2014**

8:45AM

Case 2:14-cr-00455-RGK-RZ Document 1 Filed 08/06/14 Page 7 of 15 Page ID #:7





Windham Pros
(866) 799-0613 / Work
United States

**04/02/2014**

3:21PM

3:20PM

**04/01/2014**

12:16PM

**03/31/2014**

9:27AM

**03/20/2014**

1:49PM

**03/18/2014**

12:49PM

9:46AM

3

Case 2:14-cv-04388-RGK-RZ Document 1 Filed 06/06/14 Page 9 of 15 Page ID #:9



**Windham Pros**
866-799-0613
Mar 31, 2014 9:28 AM

Upgrade to a Premium account and you can play messages directly from the Inbox without having to view the message detail.

00:06

⁺0 Down Galaxy S 5
Plus, FREE Tab 3.
With Approved Credit, Free Tab 3 when you switch to Framily plan, fees, devl, data and more. 2-year agmt/activation. Restrictions apply.
Get Offer

4

Case 3:17-cv-04368-RDK-RZ   Document 1   Filed 05/02/17   Page 10 of 15   PageID: 10



5



6

## DEBT COLLECTION CALL MANAGEMENT LOG

| DATE | TIME OF CALL | CALLER ID # | CALLER/COMPANY NAME | LIST COMMENTS OF WHAT WAS SAID AND DETAILS |
|---|---|---|---|---|
| 2/20/2014 | 8:45 am | 866-799-0613 | Windham Pros | no answer |
| 2/24/2014 | 11:05 am | 866-799-0613 | Windham Pros | no answer |
| 2/27/2014 | 8:09 am | 866-799-0613 | Windham Pros | no answer |
| 3/05/2014 | 9:23 am | 866-799-0613 | Windham Pros | no answer |
| 3/06/2014 | 11:20am | 866-799-0613 | Windham Pros | no answer |
| 3/07/2014 | 3:30 pm | 866-799-0613 | Windham Pros | no answer |
| 3/07/2014 | 3:33 pm | 866-799-0613 | Windham Pros | no answer |
| 3/11/2014 | 8:40 am | 866-799-0613 | Windham Pros | no answer |
| 3/12/2014 | 12:11 pm | 866-799-0613 | Windham Pros | no answer |
| 3/13/2014 | 11:42 am | 866-799-0613 | Windham Pros | no answer |
| 3/18/2014 | 9:46 am | 866-799-0613 | Windham Pros | no answer |
| 3/31/2014 | 9:27 am | 866-799-0613 | Windham Pros | blank message, 6 seconds duration |
| 4/01/2014 | 12:16 pm | 866-799-0613 | Windham Pros | blank message, 5 seconds duration |
| 4/02/2014 | 3:20 pm | 866-799-0613 | Windham Pros | no answer |
| 4/02/2014 | 3:21 pm | 866-799-0613 | Windham Pros | blank message, 2 seconds duration |
| | | | | |
| | | | | |
| | | | | |

Exhibit B

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☑ )

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

**(b)** County of Residence of First Listed Plaintiff _LA County_
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

Corwin D. Jackson
1445 Malvern Ave
Los Angeles CA 90006

Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Violations of the Telephone Consumer Protection Act, 47 USC.§ 227 et. seq. and the Rosenthal Act, RFDCPA Cal. Civ. code § 1788 et seq

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **TORTS** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | **PERSONAL PROPERTY** | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 440 Other Civil Rights | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 441 Voting | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 442 Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 445 American with Disabilities-Employment | ☐ 790 Other Labor Litigation | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 791 Employee Ret. Inc. Security Act | |
| | | | ☐ 448 Education | | |

**FOR OFFICE USE ONLY:**   Case Number: _CV14-4388_

CV-71 (06/14)   CIVIL COVER SHEET   Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

**QUESTION A:  Was this case removed from state court?**
☐ Yes   ☑ No

If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there.

| STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|
| ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| ☐ Orange | Southern |
| ☐ Riverside or San Bernardino | Eastern |

**QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?**
☐ Yes   ☑ No

If "no," skip to Question C. If "yes," answer Question B.1, at right.

**B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?

*check one of the boxes to the right* ➡

☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.

☐ NO. Continue to Question B.2.

**B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)

*check one of the boxes to the right* ➡

☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.

☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

**QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action?**
☐ Yes   ☑ No

If "no," skip to Question D. If "yes," answer Question C.1, at right.

**C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?

*check one of the boxes to the right* ➡

☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.

☐ NO. Continue to Question C.2.

**C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)

*check one of the boxes to the right* ➡

☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.

☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

**QUESTION D:  Location of plaintiffs and defendants?**

|  | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☑ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

**D.1. Is there at least one answer in Column A?**
☐ Yes   ☐ No

If "yes," your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question E, below, and continue from there.
If "no," go to question D2 to the right. ➡

**D.2. Is there at least one answer in Column B?**
☐ Yes   ☐ No

If "yes," your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question E, below.
If "no," your case will be assigned to the WESTERN DIVISION.
Enter "Western" in response to Question E, below. ⬇

**QUESTION E: Initial Division?**

| Enter the initial division determined by Question A, B, C, or D above: ➡ | INITIAL DIVISION IN CACD |
|---|---|
| | Western Division |

**QUESTION F: Northern Counties?**

| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes   ☑ No |
|---|---|

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a).  IDENTICAL CASES:**  Has this action been previously filed **in this court?**    ☑ NO    ☐ YES

If yes, list case number(s): _____

**IX(b).  RELATED CASES:**  Is this case related (as defined below) to any cases previously filed **in this court?**    ☑ NO    ☐ YES

If yes, list case number(s): _____

**Civil cases are related when they:**  (1) arise from the same or a closely related transaction, happening, or event; (2) call for determination of the same or substantially related or similar questions of law and fact; or (3) for other reasons would entail substantial duplication of labor if heard by different judges.  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X.  SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**  _____    DATE:  June 6, 2014

**Notice to Counsel/Parties:**  The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |