Corwin D. Jackson
1445 Malvern Ave.
Los Angeles, CA 90006

corwin.donte77@gmail.com

FILED
2014 JUL 11 PM 12:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORWIN D. JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>WINDHAM PROFESSIONALS, INC.<br><br>    Defendant | Case No.:_CV 14-4388 RGK-RG<br><br>NOTICE OF DISMISSAL |

ORDER OF DISMISSAL WITH PREJUDICE

The dispute between the parties has been settled, therefore, the claims asserted by

Plaintiff, CORWIN JACKSON, against Defendant, WINDHAM PROFESSIONALS, INC.

in the above-captioned proceeding are hereby dismissed, with prejudice, with each side to bear it's own

attorneys' fees and costs. Pursuant to Fed. R. Civ. P. 41(a)(1).